

## NUMBER 13-11-0000166-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE MARCUS KYLE FREE

## On Application for Writ of Prohibition or Injunction
## Or for Expedited Ruling on Appellant's Motion to Suspend.

## MEMORANDUM OPINION

### Before Justices Garza, Vela, and Perkes
### Per Curiam Memorandum Opinion[1]

Relator, Marcus Kyle Free, filed an "Application for Writ of Prohibition or Injunction or for Expedited Ruling on Appellant's Motion to Suspend"[2] in the above cause on March 28, 2011. The Court requested and received a response to the application from the real party in interest herein, Cathy Diane Lewis.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] In an appeal pending before this Court in appellate cause number 13-11-00113-CV, relator had previously filed a "Motion to Suspend Enforcement of the Injunctive Relief Portions of the Final Judgment." The Court's ruling on that motion will be rendered by separate order issued in that cause.

The Court, having examined and fully considered the "Application for Writ of Prohibition or Injunction or for Expedited Ruling on Appellant's Motion to Suspend" and the response thereto, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the application for writ of prohibition or injunction or for expedited ruling is DENIED. *See* TEX. R. APP. P. 52.8(a), (d).

PER CURIAM

Delivered and filed the
11th day of April, 2011.